UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. APARNA VASHISHT-ROTA,<br><br>                                    Plaintiff,<br><br>v.<br><br>UTAH ATTORNEY GENERAL, et al.<br><br>                                    Defendants. | Case No.: 3:22-cv-00978-RBM-KSC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR PERMISSION FOR ELECTRONIC FILING WITHOUT PREJUDICE**<br><br>[Doc. 4] |

      Presently before the Court is Plaintiff Dr. Aparna Vashisht-Rota's Application for Permission for Electronic Filing. (Doc. 4.) Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to pro se litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." *See* Electronic Case Filing Admin. Policies and Procedures Manual, § 2(b) (S.D. Cal. Aug. 15, 2022) ("ECF Manual"). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id*. The manual refers to the Court's

official website for CM/ECF technical specifications, *id*. at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. *See* U.S. District Court, S.D. Cal., CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited Aug. 29, 2022).

Here, Plaintiff has filed an Application for Permission for Electronic Filing on a form approved by the United States District Court for the Central District of California, which references Central District local rules and policies.  The Court finds that Plaintiff has sufficiently demonstrated that she has the means necessary to properly electronically file documents.  However, Plaintiff has not agreed to "follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual," which is required in this District.  *See* ECF Manual, § 2(b).

**IT IS HEREBY ORDERED** that Plaintiff's Application for Permission for Electronic Filing (Doc. 4) is denied without prejudice.  Plaintiff may file an amended motion that includes a declaration affirming that Plaintiff agrees to follow the rules and policies in the CM/ECF Administrative Policies and Procedures Manual.

**IT IS SO ORDERED.**

DATE:  August 29, 2022

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE