| | |
|---|---|
| 1 | DR. APARNA VASHISHT-ROTA |
| | 12396 Dormouse Road |
| 2 | San Diego, CA 92129 |
| | aps.rota@gmail.com |
| 3 | Telephone: 858-348-7068 |

UNITED STATES DISTRICT COURT

SOUTHERN CALIFORNIA

| | |
|---|---|
| DR. APARNA VASHISHT-ROTA, an individual, | |
| Plaintiff, | PLAINTIFF'S NOTICE AND MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO ADD DEFENDANTS |
| v. | |
| Hon. Gen. Reyes, an individual, and Utah Attorney General in his official capacities; | DATE: NOVEMBER 21, 2022 |
| | TIME: 1.30 p.m. |
| Hon. Judge Fonnesbeck, an individual, and her official capacities; | |
| Judge Hagen, both an individual and her official capacities; | |
| Judge Orme both an individual and his official capacities; | |
| Judge Jill Pohlman both an individual and her official capacities; | |
| Judge Morgan both an individual and his official capacities; | |
| Judge Mortensen both an individual and his official capacities; | |
| Judge Christiansen-Forster both an individual and her official capacities; | |
| Judge Tenney both an individual and her official capacities; | |
| Judge Appleby both an individual and her official capacities; | |
| State of Utah; | |

PLAINTIFF'S NOTICE AND MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO ADD DEFENDANTS

## I. INTRODUCTION

Plaintiff, Dr. Aparna Vashisht-Rota, filed this case against one judge and needs to add more. As a result, she has a hearing for November 21, 2022.

## II. LEGAL GROUNDS

Pursuant to FRCP 15, Plaintiff respectfully moves the Court for leave to file the Attached First Amended Complaint with additional causes of action and Defendants. Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Fed. R. Civ. P. 15(a)(2). ("[A] motion for leave to amend a complaint [is] addressed to the sound discretion of the district court."). "Leave to amend must generally be granted unless equitable render it otherwise unjust." *Arthur v. Maersk, Inc.*, 434 F.3d 196, 204 (3d Cir. 2006) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962) and *Lorenz v. CSX Corp.*, 1 F.3d 1406, 1414 (3d Cir. 1993)).

## III. ARGUMENT

Plaintiff needs to add Defendants and causes of action.

    a. The proposed amendments are necessary and in furtherance of justice

    b. Defendant will not be prejudiced by the proposed amendments

    c. The FAC will not delay the trial or add costs.

## IV. CONCLUSION

The leave to amend should be granted to add Defendants and causes of action.

## CERTIFICATE OF SERVICE

I hereby certify on the 18th day of 2022; I electronically filed the foregoing with the Clerk of the Court for US District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

18th day of October 2022.

Dr. Aparna Vashisht-Rota