Dr. Aparna Vashisht-Rota
12396 Dormouse Road,
San Diego, California, 92129
USA
Phone: 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
Email: Aps.rota@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN CALIFORNIA

| | |
|---|---|
| DR. APARNA VASHISHT-ROTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Utah Attorney General, Hon. Judge Fonnesbeck, an individual,<br><br>Defendants. | Case No.: 3:22-cv-978<br><br>**PLAINTIFF'S SUPPLEMENT TO DKT 22 TO CLARIFY DAMAGES**<br><br>**DATE: NOVEMBER 7, 2022**<br><br>**JUDGE: HON. JUDGE MONTENEGRO** |

At Dkt 31-3 are the wages damages. Exhibit 1 are the numbers that she can do on her own if allowed to access all trade sources. Attached recent referral from an attorney—two cases (Exhibit 2). Therefore, the wages damages are baseline and full competition is separate.

Dated this 23rd day of October 2022.

*[signature]*

_____

Dr. Aparna Vashisht-Rota