October 26, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770275083348

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.ANDREW | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | SALT LAKE CITY, UT, |
| | | **Delivery date:** | Oct 26, 2022 09:34 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 770275083348 | **Ship Date:** | Oct 21, 2022 |
| | | **Weight:** | 1.0 LB/0.45 KG |
| **Recipient:** | | **Shipper:** | |
| SALT LAKE CITY, UT, US, | | SAN DIEGO, CA, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx