## UNITED STATES DISTRICT COURT, COUNTY OF UNITED STATES OF AMERICA

| | |
|---|---|
| Plaintiff/Petitioner: **Dr Aparna Vashisht-Rota** | **PROOF OF SERVICE** |
| vs. | Case No: **22-cv-00978-RBM-KSC** |
| Defendant/Respondent: **Utah Attorney General and et al** | Court Date/Time: **00/00/0000 / 12:00 AM** |
| | Court Room: **1** |

Legal documents received by Statewide Process Servers on the 24th day of October, 2022 at 10:09 PM to be served on:

**Judge Mortensen with Utah Court of Appeals**
450 S State St, 5th Floor
Salt Lake City, UT 84111

I, **Jeff Cook**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **25th October, 2022 at 02:11 PM**, I did the following:

**Corporate Serve:** By personally handing the legal document(s) with a conformed copy of this **AMENDED SUMMONS AND FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND EQUITABLE REMEDIES WITH DAMAGES, PLAINTIFFS NOTICE AND MOTION FOR LEAVE TO AMMEND FORST AMENDED COMPLAINT TO ADD DEFENDANTS** to **Denice DeCamp**, **AUTHORIZED PERSON**, at **450 S State St 5th Floor, Salt Lake City, UT 84111** at approximately **02:11 PM** on **25th October, 2022**.

Description of Person Accepting Service:
Female, White, Brown hair, Approx. Age: 61 years, Approx. Height: 5 ft 3 in., Approx. Weight: 170 lbs.

**Supplemental Data Appropriate to this Service:**

• 450 S State St 5th Floor, Salt Lake City, UT 84111:
10/25/2022 2:11 PM:

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Jeff Cook - A127551
Statewide Process Servers
PO Box 845
West Jordan, UT, 84084
801-809-4133

Service Fee: **$85.00**

Aparna Vashisht-Rota
12396 Dormouse Rd
San Diego, CA 92129
(858) 348-7068
Atty File#: 22-cv-00978-RBM-KSC
avrota@augusteducationgroup.com



227236  227236  227236  227236  227236  227236