# UNITED STATES DISTRICT COURT, COUNTY OF UNITED STATES OF AMERICA

| | |
|---|---|
| **Plaintiff/Petitioner:** Dr Aparna Vashisht-Rota<br>vs.<br>**Defendant/Respondent:** Utah Attorney General and et al | **PROOF OF SERVICE**<br>Case No: **22-cv-00978-RBM-KSC**<br>Court Date/Time: **00/00/0000 / 12:00 AM**<br>Court Room: **1** |

Legal documents received by Statewide Process Servers on the 24th day of October, 2022 at 10:42 PM to be served on:

**State of Utah**
4315 S 2700 W
SLC, UT 84123

I, **Jeff Cook**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **26th October, 2022 at 11:35 AM**, I did the following:

**Corporate Serve:** By personally handing the legal document(s) with a conformed copy of this **AMENDED SUMMONS AND FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND EQUITABLE REMEDIES WITH DAMAGES, PLAINTIFFS NOTICE AND MOTION FOR LEAVE TO AMMEND FIRST AMENDED COMPLAINT TO ADD DEFENDANTS** to **Shondell Potiadis**, AUTHORIZED PERSON, at **4315 S 2700 W, SLC, UT 84123** at approximately **11:35 AM** on **26th October, 2022**.

Description of Person Accepting Service:
Female, White, Brown hair, Approx. Age: 43 years, Approx. Height: 5 ft 4 in., Approx. Weight: 130 lbs.

**Supplemental Data Appropriate to this Service:**

• 4315 S 2700 W , SLC, UT 84123:
10/26/2022 11:35 AM:

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Jeff Cook - A127551
Statewide Process Servers          Service
PO Box 845                         Fee:
West Jordan, UT, 84084             **$85.00**
801-809-4133

Aparna Vashisht-Rota
12396 Dormouse Rd
San Diego, CA 92129
(858) 348-7068
Atty File#: 22-cv-00978-RBM-KSC
avrota@augusteducationgroup.com



227241  227241  227241  227241  227241  227241