# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE ANDREW G. SCHOPLER | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Ruth Bermudez Montenegro to the calendar of the Honorable Andrew G. Schopler. After this transfer, the case number should be changed to reflect the initials of Judge Schopler. Therefore, in all case numbers, the "RBM" that appears after the case number should be changed to "AGS." The assigned magistrate judge will remain the same. This change should be made on future filings to ensure that documents are properly sent to Judge Schopler. All pending dates before Judge Montenegro are **VACATED** and all pending dates before any magistrate judge remain unchanged.

1. 19-cv-02043-RBM-DDL, *Stewart v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
2. 20-cv-00321-RBM-KSC, *Vashisht-Rota v. Howell Management Services, et al.*
    a. 20-cv-00959-RBM-KSC, *Vashisht-Rota v. Ottawa University*
    b. 20-cv-00967-RBM-KSC, *Vashisht-Rota v. Harrisburg University et al.*

      c.    22-cv-00900-RBM-KSC, *Vashisht-Rota v. Bluechip Services et al.*

      d.    22-cv-00978-RBM-KSC, *Vashisht-Rota v. Utah Attorney General et al.*

3.    21-cv-01035-RBM-BGS, *LaBarge v. City of La Mesa et al.*

4.    22-cv-00625-RBM-NLS, *Nunez et al. v. Ford Motor Co. et al.*

5.    22-cv-00701-RBM-LR, *Rico v. Holbrook et al.*

6.    22-cv-01306-RBM-DEB, *Medlink Health Solutions, LLC v. Maddox Defense, Inc. et al.*

7.    22-cv-01421-RBM-WVG, *Bahreman et al. v. Mayorkas et al.*

8.    22-cv-01433-RBM-MSB, *family Witzeman v. State of California et al.*

**IT IS SO ORDERED.**

DATE: March 16, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE