Dr. Aparna Vashisht-Rota
12396 Dormouse Road,
San Diego, California, 92129
Phone: 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
Email: Aps.rota@gmail.com

# UNITED STATES DISTRICT COURT

# OF SOUTHERN CALIFORNIA

| | |
|---|---|
| Dr. Aparna Vashisht-Rota, an individual, | 3-22-cv-0978-AGS-KSC |
| Plaintiff, | MTW Dkt. 72 |
| v. | |
| Utah AG et. al., | |
| Defendants. | |

Plaintiff withdraws Dkt. 72.

DATED: 26th day of September 2023

*[signature]*

_____
Dr. Aparna Vashisht-Rota

# CERTIFICATE OF SERVICE

I hereby certify that 26th day of September 2023, I filed the foregoing with the Clerk of the Court for US District Court by using CM/ECF. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system should the Court grant the request.

Date: 26th day of September 2023

*/s/ Aparna Vashisht-Rota*
Dr. Aparna Vashisht-Rota
Pro-se litigant